```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23497
   ANTONIO R REYES
   NEIDA Y DIAZ-REYES                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7780      SSN XXX-XX-7207

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/14/07 and confirmed on 06/06/08.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   2125.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREENWICH FINANCE | SECURED VEHIC | 6779.85 | 43.94 | 1027.65 |
| UNITED AUTO CREDIT CORP | SECURED VEHIC | 1800.00 | 11.67 | 271.64 |
| WHEELS OF CHICAGO | SECURED VEHIC | 4135.99 | 26.85 | 621.25 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | SECURED | .00 | .00 | .00 |
| AMERIFIRST HOME IMPROVEM | SECURED | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ANDRES LABOY | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACC LLC | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARICO | UNSECURED | NOT FILED | .00 | .00 |
| CHARLES SCHIKMAN | UNSECURED | NOT FILED | .00 | .00 |
| WALDEN SQUARE DENTAL CAR | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE CTR | UNSECURED | NOT FILED | .00 | .00 |

```
CONDELL MEDICAL CENTER      UNSECURED      NOT FILED            .00          .00
CONDELL MEDICAL CENTER      UNSECURED      NOT FILED            .00          .00
CREDIT ONE BANK             UNSECURED      NOT FILED            .00          .00
CREDIT ONE BANK             UNSECURED      NOT FILED            .00          .00
EYE CARE CENTER OF LAKE     UNSECURED      NOT FILED            .00          .00
GREENLEAF OB-GYN ASSOC      UNSECURED      NOT FILED            .00          .00
GREENWOOD ELEMENTARY        UNSECURED      NOT FILED            .00          .00
ECAST SETTLEMENT CORPORA    UNSECURED      NOT FILED            .00          .00
HSBC                        UNSECURED      NOT FILED            .00          .00
IHC LIBERTYVILLE EMERG P    UNSECURED      NOT FILED            .00          .00
GARY A POTEMPA DDS          UNSECURED      NOT FILED            .00          .00
LAKE COUNTY RADIOLOGY       UNSECURED      NOT FILED            .00          .00
MERRICK BANK                UNSECURED      NOT FILED            .00          .00
MERRICK BANK                UNSECURED      NOT FILED            .00          .00
METLIFE AUTO                UNSECURED      NOT FILED            .00          .00
NORTH SHORE GAS             UNSECURED      NOT FILED            .00          .00
NORTH SHORE SANITARY        UNSECURED      NOT FILED            .00          .00
NORTH SHORE SANITARY        UNSECURED      NOT FILED            .00          .00
PEOPLES GAS                 UNSECURED      NOT FILED            .00          .00
PLATINUM ACCEPTANCE         UNSECURED      NOT FILED            .00          .00
SPRINT NEXTEL               UNSECURED      NOT FILED            .00          .00
TARGET                      UNSECURED      NOT FILED            .00          .00
TCF NATIONAL BANK           UNSECURED      NOT FILED            .00          .00
THD CBSD                    UNSECURED      NOT FILED            .00          .00
TRIBUTE GOLD MASTERCARD     UNSECURED      NOT FILED            .00          .00
VISTA MEDICAL CENTER EAS    UNSECURED      NOT FILED            .00          .00
ZION CLINIC                 UNSECURED      NOT FILED            .00          .00
UNITED AUTO CREDIT CORP     UNSECURED         484.51            .00          .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED   12715.84           .00        484.51         .00      13200.35
PRINCIPAL PAID        1920.54           .00           .00         .00       1920.54
INTEREST PAID           82.46           .00           .00         .00          82.46
TOTAL PAID            2003.00           .00           .00         .00        2003.00
```

The Debtor's attorney, DAVID M SIEGEL           , was allowed $    3500.00
and was paid $    364.66   direct and $       .00  through the plan.

The Trustee received $     122.00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/20/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 07 B 23497 ANTONIO R REYES & NEIDA Y DIAZ-REYES